IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JUANITA REDFERN
and MICHAEL PICKETT,

Appellants,

v.

LAURA J. WILLIAMS

Appellee.                                              No. 07-0714-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Redfern's motion for leave to file brief (Doc. 3). For the reasons stated in the motion, said motion is **GRANTED**. The Court **ALLOWS** Appellants up to and including May 16, 2008 to file their brief.

**IT IS SO ORDERED.**

Signed this 14th day of May, 2008.

/s/   David R Herndon
**Chief Judge**
**United States District Court**